IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CYNTHIA MAHON and GARY MARKLEY,     No.  CIV.S-03-1763 MCE DAD

      Plaintiffs,

   v.                                   <u>ORDER</u>

CROWN EQUIPMENT CORPORATION,
dba CROWN LIFT TRUCKS,

      Defendant.
_____/

     This matter came before the court on November 18, 2005, for hearing on plaintiffs' further motion to compel.  Kerrie D. Webb appeared on behalf of plaintiffs.  Douglas A. Sears and Sean D. Richmond appeared on behalf of defendant.  Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

     1.  Plaintiffs' motion is granted in part;

     2.  Paragraph 2 of the order clause of the order filed April 5, 2005, is modified to read as follows:

1

1          As to Special Interrogatories 6, 7 and 8, the
         motion is granted in part.  Defendant shall

2          provide the information sought by these
         interrogatories by making available for copying

3          all records potentially referencing any
         complaint, service or maintenance related to

4          "plugging failures" in the RC 3000 model fork
         lift located at the Crown branches in California.

5          Plaintiffs shall be entitled to spend **three (3)**
         business days at each branch reviewing and

6          copying those documents;

7          3.   The order filed April 5, 2005, remains unchanged in all

8 other respects;

9          4.   In the event a dispute arises between the parties

10 during the further document inspection that they are unable to

11 resolve, the parties are free to seek the court's assistance by

12 contacting Pete Buzo, the courtroom deputy of the undersigned, at

13 916-930-4128; and

14          5.   The requests for sanctions are denied.

15          IT IS SO ORDERED.

16 DATED: November 18, 2005.

17                    _Dale A. Drozd_

18                    DALE A. DROZD

19                    UNITED STATES MAGISTRATE JUDGE

20 DAD:th
orders.civil/mahon1763.oah.111805

21

22

23

24

25

26