C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
KERSHAW, CUTTER, RATINOFF & YORK, LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 443-4800
Fax: (916) 669-4499

Benjamin C. Bunn, SBN 144367
HULBURT & BUNN, LLP
8910 University Center Ln., Suite 690
San Diego, CA 92122-1029
Telephone: (858) 558-5401
Fax: (858) 558-5407

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MAHON and GARY MARKLEY,<br><br>       Plaintiffs<br><br>vs.<br><br>CROWN EQUIPMENT CORPORATION, dba CROWN LIFT TRUCKS, and DOES 1 through 50, inclusive,<br><br>       Defendants.<br>_____/ | CASE NO. 2:03-cv-1763 MCE DAD<br><br>STIPULATION TO EXTEND DEADLINES; ORDER |

   IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-141, that the deadlines related to this matter should be extended as described herein, for the following good cause:

   1.   The parties have recently opened up settlement discussions and request additional time to evaluate this case and attempt a resolution.

   2.   An extension on deadlines set by this court is necessary in order to adequately complete discovery, and assess the value of this case.

///

///

1

3. This action involves many complex issues, and the parties have just recently resolved a discovery dispute. The parties have made progress through depositions and written discovery, yet additional time is needed to complete discovery.

4. Plaintiff Cynthia Mahon is recovering from her third surgery following her foot crush injury allegedly related to this action. The parties need additional time to evaluate Ms. Mahon's condition.

5. The parties stipulate and propose that deadlines set by the Court should be extended as follows:

1. Discovery to be completed no later than March 31, 2005.

2. Early Settlement Conference on May 11, 2006, at 10:00 a.m., before Judge Drozd.

3. Expert witness disclosure no later than May 1, 2006.

4. All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications shall be filed no later than June 2, 2006.

5. Final Pre-trial Conference on August 7, 2006 at 01:30 p.m.

6. Trial to commence on September 13, 2006. Parties to produce all exhibits to the Court no later than 3:00 p.m. on September 6, 2006.

///
///
///
///
///
///
///

1   IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and
2 that a signature by facsimile shall be deemed counsel's original signature.

Respectfully Submitted,

Dated: _____                KERSHAW, CUTTER & RATINOFF, LLP


_____
C. BROOKS CUTTER
KERRIE WEBB
Attorneys for Plaintiffs


MATHENY, SEARS, LINKERT & LONG, LLP


Dated:_____               _____
DOUGLAS A. SEARS
SEAN RICHMOND
Attorneys for Defendants


### **ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the above Stipulation between all parties is hereby approved, the new dates pertaining to the above-referenced action shall be set forth in accordance with the above stipulation between the parties.


DATED: January 20, 2006


_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3