C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
KERSHAW, CUTTER, RATINOFF & YORK, LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 443-4800
Fax: (916) 669-4499

Benjamin C. Bunn, SBN 144367
HULBURT & BUNN, LLP
1245 Island Avenue
San Diego, CA 92101
Telephone: (619) 398-8370
Fax: (619) 398-8377

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CYNTHIA MAHON and GARY MARKLEY,
        Plaintiffs

vs.

CROWN EQUIPMENT CORPORATION, dba CROWN LIFT TRUCKS, and DOES 1 through 50, inclusive,
        Defendants.
_____/

CASE NO. CIV.S-03-1763 MCE DAD

SECOND AMENDED STIPULATION TO EXTEND DEADLINES;ORDER

    IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-141, that the deadlines related to this matter should be extended as described herein, for the following good cause:

    1.    The parties filed a stipulation to extend deadlines on January 9, 2006. However, the Settlement Conference date of April 13, 2006, originally agreed upon by the parties was not available. The Court recommended May 11, 2006, for the Settlement Conference date, and the parties agreed to this date.

    2.    In light of the Settlement Conference date of May 11, 2006, the parties have agreed that the other discovery deadlines should be adjusted accordingly.

1

3. The parties have recently opened up settlement discussions and request additional time to evaluate this case and attempt a resolution, before additional significant costs are incurred relating to disclosing and deposing expert witnesses.

4. An extension on deadlines set by this Court is necessary in order to adequately complete discovery, and assess the value of this case.

5. This action involves many complex issues, and the parties have just recently resolved a discovery dispute. The parties have made progress through depositions and written discovery, yet additional time is needed to complete discovery.

6. Plaintiff Cynthia Mahon is recovering from her third surgery following her foot crush injury allegedly related to this action. The parties need additional time to evaluate Ms. Mahon's condition, and consider vocational rehabilitation options.

7. The parties stipulate and propose that deadlines set by the Court should be extended as follows:

    1. Discovery to be completed no later than June 30, 2006.

    2. Early Settlement Conference on May 11, 2006, at 10:00 a.m., before Judge Drozd.

    3. Expert witness disclosure no later than July 28, 2006.

    4. All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications shall be filed no later than September 29, 2006.

    5. Final Pre-trial Conference on October 23, 2006, at 1:30 p.m.

    6. Trial to commence on November 29, 2006, at 9:00 a.m.. Parties to produce all exhibits to the Court no later than 3:00 p.m. on November 22, 2006.

///

IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and that a signature by facsimile shall be deemed counsel's original signature.

Respectfully Submitted,

Dated: _____   KERSHAW, CUTTER & RATINOFF, LLP

_____
C. BROOKS CUTTER
KERRIE WEBB
Attorneys for Plaintiffs


MATHENY, SEARS, LINKERT & LONG, LLP

Dated:_____   _____
DOUGLAS A. SEARS
SEAN RICHMOND
Attorneys for Defendants

## **ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the above Stipulation between all parties is hereby approved, the new dates pertaining to the above-referenced action shall be set forth in accordance with the above stipulation between the parties.

DATED: February 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3