UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY MARKLEY,                              No. 2:03-cv-1763-MCE-DAD

      Plaintiff,

  v.                                       **ORDER RE: SETTLEMENT AND DISPOSITION**

CROWN EQUIPMENT CORPORATION,

      Defendant.
_____/

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled as to Plaintiff Gary Markley and Defendant only.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 13, 2006.

///
///
///
///
///
///

1    Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4    IT IS SO ORDERED.
DATED: June 12, 2006

```
                             _____
                             MORRISON C. ENGLAND, JR
                             UNITED STATES DISTRICT JUDGE
```