C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
KERSHAW, CUTTER & RATINOFF, LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 448-9800
Fax: (916) 669-4499

Benjamin C. Bunn, SBN 144367
HULBURT & BUNN, LLP
1245 Island Avenue
San Diego, CA 92101
Telephone: (619) 398-8370
Fax: (619) 398-8377

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MAHON and GARY MARKLEY,<br><br>　　　　Plaintiffs<br><br>vs.<br><br>CROWN EQUIPMENT CORPORATION, dba CROWN LIFT TRUCKS, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 2:03-cv-1763 MCE DAD<br><br>STIPULATION OF DISMISSAL AS TO GARY MARKLEY'S CLAIMS <u>ONLY</u>; ORDER |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that GARY MARKLEY's claims <u>ONLY</u> in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii).

　　　　This Stipulation has no effect on CYNTHIA MAHON's claims, which are still ongoing.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1   IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and
2 that a signature by facsimile shall be deemed counsel's original signature.

Respectfully Submitted,

Dated: July 10, 2006     KERSHAW, CUTTER & RATINOFF, LLP


_____/s/_____
KERRIE WEBB
Attorneys for Plaintiffs


Dated:_____    MATHENY, SEARS, LINKERT & LONG, LLP


_____/s/_____
SEAN RICHMOND
Attorneys for Defendants


**APPROVED AND SO ORDERED:**

Dated: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE