C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
KERSHAW, CUTTER & RATINOFF, LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 443-4800
Fax: (916) 669-4499

Benjamin C. Bunn, SBN 144367
HULBURT & BUNN, LLP
1245 Island Avenue
San Diego, CA 92101
Telephone: (619) 398-8370
Fax: (619) 398-8377

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MAHON and GARY MARKLEY, | CASE NO. 2:03-cv-1763-MCE-DAD |
| Plaintiffs | |
| vs. | STIPULATION TO EXTEND DEADLINES AND TRIAL DATE; ORDER |
| CROWN EQUIPMENT CORPORATION, dba CROWN LIFT TRUCKS, and DOES 1 through 50, inclusive, | |
| Defendants. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-141, that the deadlines related to this matter should be extended as described herein, for the following good cause:

1.    The parties have renewed settlement negotiations in an effort to resolve this case. Settlement of this case will have to include resolution of Cynthia Mahon's workers compensation lien, and the parties are exploring options with Ms. Mahon's workers comp attorney.

2.    The parties have 17 expert depositions that must be completed before we can proceed with the final pre-trial conference currently set for February 26, 2007 and trial currently set for March 28, 2007. The depositions will have to be conducted

1

in several states across the country.  The attorneys' trial calendars and experts' calendars have posed scheduling difficulties, and the parties need additional time to complete this final phase of discovery.

3.    Additionally, defense counsel Daniel Scully, has had to take over the trial calendars  from other attorneys in his firm due to medical emergencies.

4.    An extension on deadlines set by this Court is necessary in order to adequately complete discovery, and assess the value of this case.

5.    The parties stipulate and propose that deadlines set by the Court should be extended as follows:

a.    All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications shall be filed no later than August 3, 2007.

b.    Final Pre-trial Conference on October 15, 2007, at 2:30 p.m.

c.    Trial to commence on December 5, 2007, at 9:00 a.m.. Parties to produce all exhibits to the Court no later than 3:00 p.m. on November 28, 2007.

IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and that a signature by facsimile shall be deemed counsel's original signature.

Respectfully Submitted,

Dated: _____         KERSHAW, CUTTER & RATINOFF, LLP

_____
C. BROOKS CUTTER
KERRIE WEBB
Attorneys for Plaintiffs

MATHENY, SEARS, LINKERT & LONG, LLP

Dated:_____       _____
DOUGLAS A. SEARS
SEAN RICHMOND
Attorneys for Defendants

1

**<u>ORDER</u>**

2

GOOD CAUSE APPEARING THEREFOR,

3

IT IS HEREBY ORDERED that the above Stipulation between all parties is hereby

4

approved, the new dates pertaining to the above-referenced action shall be set forth in

5

accordance with the above stipulation between the parties and as modified by the Court.

6

7

Dated:  February 5, 2007

8

9

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28