1  C. Brooks Cutter, SBN 121407
   Kerrie D. Webb, SBN 211444
2  KERSHAW, CUTTER & RATINOFF, LLP
   980 9th Street, Suite 1900
3  Sacramento, CA 95814
   Telephone: (916) 443-4800
4  Fax: (916) 669-4499

5
   Benjamin C. Bunn, SBN 144367
6  HULBURT & BUNN, LLP
   1245 Island Avenue
7  San Diego, CA  92101
   Telephone: (619) 398-8370
8  Fax: (619) 398-8377

9
   Attorneys for Plaintiffs
10

11                 IN THE UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF CALIFORNIA

13

14  CYNTHIA MAHON and GARY MARKLEY,          CASE NO.  CIV.S-03-1763 MCE DAD

15            Plaintiffs
                                            STIPULATION TO CONTINUE DUE DATE
16  vs.                                     FOR JOINT FINAL PRE-TRIAL
                                            CONFERENCE STATEMENT;
17  CROWN EQUIPMENT CORPORATION,            ORDER
    dba CROWN LIFT TRUCKS, and DOES 1
18  through 50, inclusive,

19            Defendants.

20

21

22         IT IS HEREBY STIPULATED by and between the parties, through their respective

23  attorneys of record, that the deadline for the Joint Pre-Trial Conference Statement should be

24  Friday, September 28, 2007, to Friday, October 5, 2007.   Our Final Pre-Trial Conference is

25  scheduled for October 12, 2007.  The parties request additional time to meet and confer regarding

26  the contents of the Joint Final Pre-Trial Conference Statement, and to attempt to reach agreements

27  regarding the information to be included.

28
                                            -1-

STIPULATION TO CONTINUE DUE DATE FOR JOINT FINAL PRE-TRIAL CONFERENCE STATEMENT

1

2          IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and

3     that a signature by facsimile shall be deemed counsel's original signature.

                                              Respectfully Submitted,
4     Dated:   9/26/07                        KERSHAW, CUTTER & RATINOFF, LLP

5

6                                             ____/s/  Kerrie Webb_____
                                              C. BROOKS CUTTER
7                                             KERRIE WEBB
                                              Attorneys for Plaintiff
8

9                                             LAW OFFICES OF CLARK HILL, PLC

10

11    Dated:   9/26/07                        _____/s/  Daniel J. Scully, Jr._____
                                              DANIEL J. SCULLY, JR
12                                            Attorneys for Defendants

13

14

15                                      **<u>ORDER</u>**

16         GOOD CAUSE APPEARING THEREFOR,

17
           IT IS HEREBY ORDERED that the above Stipulation between all parties is hereby
18
      approved, the new due date for the Joint Final Pre-Trial Conference Statement is October 5, 2007.
19

20    DATED: September 28, 2007

21    _____

22                                            MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28
                                           -2-
      STIPULATION TO CONTINUE DUE DATE FOR JOINT FINAL PRE-TRIAL  CONFERENCE STATEMENT