C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
KERSHAW, CUTTER & RATINOFF, LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 443-4800
Fax: (916) 669-4499

Benjamin C. Bunn, SBN 144367
HULBURT & BUNN, LLP
1245 Island Avenue
San Diego, CA  92101
Telephone: (619) 398-8370
Fax: (619) 398-8377

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MAHON and GARY MARKLEY, | Case No. 2:03-cv-01763-MCE-DAD |
| Plaintiffs | |
| vs. | PLAINTIFFS' REQUEST TO CONTINUE THE FINAL PRETRIAL CONFERENCE |
| CROWN EQUIPMENT CORPORATION, dba CROWN LIFT TRUCKS, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiffs' hereby request the Court continue the Pretrial Conference currently scheduled for January 4, 2008, at 9:00 a.m.  Plaintiffs' counsel, C. Brooks Cutter, has a conflict which requires him to be out of the state on that date.

///

///

-1-

It is respectfully requested that the Court continue the Pretrial Conference to January 11, 2008, at 9:00 a.m.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated:   October 29, 2007 | KERSHAW, CUTTER & RATINOFF, LLP |
|  |  |
|  | _____[C. Brooks Cutter]_____ |
|  | C. BROOKS CUTTER |
|  | KERRIE WEBB |
|  | Attorneys for Plaintiff |

## **ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED the new due date for the Pretrial Conference is January 11, 2007, at 9:00 a.m.

DATED: October 31, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-

REQUEST TO CONTINUE DATE FOR FINAL PRE-TRIAL CONFERENCE