Douglas A. Sears, Esq. (SBN 48646)
Matheny Sears Linkert & Jaime, LLP
3638 American River Dr.
Sacramento, CA 95864-5901
Telephone: 916.978.3434
Facsimile: 916.978.3430
dsears@mathenysears.com

Daniel J. Scully, Esq.
Clark Hill, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435
Telephone: 313.965.8300
Facsimile: 313.965.8252
dscully@clarkhill.com

Jeffrey F. Peck
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513.698.5010
Facsimile: 513.698.5011
jpeck@ulmer.com

Attorneys for Defendant Crown Equipment Corporation
dba Crown Lift Trucks

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MAHON and GARY MARKLEY,<br><br>        Plaintiffs,<br><br>v.<br><br>CROWN EQUIPMENT CORPORATION, dba CROWN LIFT TRUCKS, and DOES 1 through 50, inclusive.<br><br>        Defendants. | Case No. 2:03-cv-01763-MCE-DAD<br><br>**STIPULATION REGARDING TRIAL DATE AND FINAL PRETRIAL CONFERENCE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-143, as follows:

///

///

1. After reviewing the Court's October 29, 2007, Minute Order continuing the Trial Date and Final Pretrial Conference, it was determined that the new trial date ordered by the Court presented scheduling problems and, therefore, counsel for Plaintiff and counsel for Defendant conferred about a trial date that is agreeable to both parties.

2. Both parties have multiple expert witnesses they intend to call at trial and the parties' discussions about viable trial dates considered the coordination of the schedules of the experts and counsel.

3. After reviewing and discussing those considerations, the parties agreed upon May 5, 2008, as the date for commencement of trial.

4. Counsel for the Defendant consulted with the Court regarding the parties' desire to agree upon a new trial date and it was suggested that the parties submit a Stipulation and Proposed Order.

5. Therefore, the parties stipulate and propose the Trial Date and the Final Pretrial Conference be scheduled as follows:

    (a) Final Pretrial Conference on April 4, 2008, at 9:00 a.m.

    (b) Trial to commence on May 5, 2008, at 9:00 a.m.

IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and that a signature by facsimile shall be deemed counsel's original signature.

DATED: _____     CLARK HILL, PLC

By: _____
    Daniel J. Scully
    Attorneys for Defendant Crown Equipment Corporation
    dba Crown Lift Trucks

DATED: _____     KERSHAW, CUTTER & RATINOFF, LLP

By: _____
    C. Brooks Cutter
    Kerrie D. Webb
    Attorneys for Plaintiffs

## ORDER

**GOOD CAUSE APPEARING THEREFOR,**

**IT IS HEREBY ORDERED** that the above Stipulation between all parties is hereby approved as follows:

The January 11, 2008 Final Pretrial Conference is vacated and continued to April 4, 2008 at 9:00 a.m. in Courtroom 3.  The Joint Final Pretrial Statement is due not later than March 14, 2008.  The February 11, 2008 Jury Trial is vacated and continued to May 5, 2008 at 9:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

DATED: December 4, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE