Douglas A. Sears, Esq. (SBN 48646)
Matheny Sears Linkert & Jaime, LLP
3638 American River Dr.
Sacramento, CA 95864-5901
Telephone: 916.978.3434
Facsimile: 916.978.3430
dsears@mathenysears.com

Daniel J. Scully, Esq.
Clark Hill, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI  48226-3435
Telephone: 313.965.8300
Facsimile: 313.965.8252
dscully@clarkhill.com

George J. Stephan, Esq. (SBN 67692)
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: 213.891.0700
Facsimile: 213.630.5629
gstephan@buchalter.com

Jeffrey F. Peck, Esq.
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
Telephone:  513.698.5010
Facsimile:  513.698.5011
jpeck@ulmer.com

Attorneys for Defendant Crown Equipment Corporation
dba Crown Lift Trucks

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MAHON and GARY MARKLEY, | Case No. 2:03-cv-01763 MCE DAD |
| Plaintiffs, | The Hon. Morrison C. England, Jr. |
| v. | STIPULATION REGARDING TRIAL DATE AND FINAL PRETRIAL CONFERENCE; ORDER |
| CROWN EQUIPMENT CORPORATION, dba CROWN LIFT TRUCKS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-143, as follows:

1.      After reviewing the Court's January 22, 2008, Minute Order continuing the Trial Date and Final Pretrial Conference, it was determined that the new trial date ordered by the Court presented scheduling problems and, therefore, counsel for Plaintiff and counsel for Defendant conferred about a trial date that is agreeable to both parties.

2.      Both parties have multiple expert witnesses they intend to call at trial and the parties' discussions about viable trial dates considered the coordination of the schedules of the experts and counsel.

3.      After reviewing and discussing those considerations, the parties agreed upon April 6, 2009, as the date for commencement of trial.

4.      Counsel for the Defendant consulted with the Court regarding the parties' desire to agree upon a new trial date and it was suggested that the parties submit a Stipulation and Proposed Order.

5.      Therefore, the parties stipulate and propose the Trial Date, the Final Pretrial Conference, and the deadline for submission of the Joint Final Pretrial Statement be scheduled as follows:

(a)      Trial to commence on April 6, 2009, at 9:00 a.m.

(b)      Final Pretrial Conference on February 20, 2009, at 9:00 a.m.

(c)      Joint Final Pretrial Statement Deadline:  January 30, 2009.

Case No.  CIV.S-03-1763 MCE DAD
Stipulation Regarding Trial Date and Final Pretrial
Conference; [Proposed] Order

1

2

3

      IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and that a signature by facsimile shall be deemed counsel's original signature.

4

                   Respectfully submitted,

5

DATED: _____       ULMER & BERNE LLP

6

7

8

               By: _____
                   Jeffrey F. Peck

9

                   Attorneys for Defendant Crown Equipment Corporation dba Crown Lift Trucks

10

DATED: _____       KERSHAW, CUTTER & RATINOFF, LLP

11

12

13

               By: _____
                   C. Brooks Cutter

14

                   Kerrie D. Webb
                   Attorneys for Plaintiffs

15

<u>ORDER</u>

16

      GOOD CAUSE APPEARING THEREFOR,

17

      IT IS HEREBY ORDERED that the above Stipulation between all parties is hereby

18

approved; the new dates pertaining to the Trial, Final Pretrial Conference, and Joint Final Pretrial

19

Statement in the above-referenced action shall be set forth in accordance with the above

20

stipulation between the parties.

21

22

Dated: March 11, 2008

23

_____

24

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

25

26

27

28

Case No.  CIV.S-03-1763 MCE DAD
Stipulation Regarding Trial Date and Final Pretrial
Conference; [Proposed] Order