Douglas A. Sears, Esq. (SBN 48646)
Matheny Sears Linkert & Jaime, LLP
3638 American River Dr.
Sacramento, CA 95864-5901
Telephone: 916.978.3434
Facsimile: 916.978.3430
dsears@mathenysears.com

Daniel J. Scully, Esq.
Clark Hill, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435
Telephone: 313.965.8300
Facsimile: 313.965.8252
dscully@clarkhill.com

George J. Stephan, Esq. (SBN 67692)
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: 213.891.0700
Facsimile: 213.630.5629
gstephan@buchalter.com

Jeffrey F. Peck, Esq.
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513.698.5010
Facsimile: 513.698.5011
jpeck@ulmer.com

Attorneys for Defendant Crown Equipment Corporation
dba Crown Lift Trucks

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA MAHON and GARY MARKLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>CROWN EQUIPMENT CORPORATION, dba CROWN LIFT TRUCKS, and DOES 1 through 50, inclusive.<br><br>    Defendants. | Case No. 2:03-cv-1763 MCE DAD<br><br>The Hon. Morrison C. England, Jr.<br><br>STIPULATION REGARDING TRIAL DATE AND FINAL PRETRIAL CONFERENCE; [PROPOSED] ORDER |

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-143, as follows:

1. After reviewing the Court's February 2, 2009, Minute Order continuing the Trial Date and Final Pretrial Conference, it was determined that the new trial date ordered by the Court presented scheduling problems and, therefore, counsel for Plaintiff and counsel for Defendant conferred about a trial date that is agreeable to both parties.

2. Both parties have multiple expert witnesses they intend to call at trial and the parties' discussions about viable trial dates considered the coordination of the schedules of the experts and counsel.

3. After reviewing and discussing those considerations, the parties agreed upon January 19, 2010, as the date for commencement of trial.

4. Counsel for the Defendant consulted with the Court regarding the parties' desire to agree upon a new trial date and it was suggested that the parties submit a Stipulation and Proposed Order.

5. Therefore, the parties stipulate and propose the Trial Date, the Final Pretrial Conference, and the deadline for submission of the Joint Final Pretrial Statement be scheduled as follows:

   (a) Trial to commence on January 19, 2010, at 9:00 a.m.
   (b) Final Pretrial Conference on December 3, 2009, at 9:00 a.m.
   (c) Joint Final Pretrial Statement Deadline: November 5, 2009.
   (d) Deadline for trial briefs, witness lists, and exhibit lists: November 5, 2009.
   (e) Deadline for evidentiary or procedural motions: November 5, 2009.

PDF created with pdfFactory trial version www.pdffactory.com

(f) Deadline for opposition to evidentiary or procedural motions: November 12, 2009.

(g) Deadline for replies in support of evidentiary or procedural motions: November 19, 2009.

IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and that a signature by facsimile shall be deemed counsel's original signature.

Respectfully submitted,

DATED: March 23, 2009         ULMER & BERNE LLP


By: /s/ Jeffrey Peck
Jeffrey F. Peck
Attorneys for Defendant Crown Equipment Corporation
dba Crown Lift Trucks

DATED: 3-23-09                HULBERT & BUNN, LLP


By: /s/ Benjamin C. Bunn
Benjamin C. Bunn
Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

**GOOD CAUSE APPEARING THEREFOR,**

**IT IS HEREBY ORDERED** that the above Stipulation between all parties is hereby approved and the new dates shall be as set forth in accordance with the above stipulation between the parties.

DATED: MARCH 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

4