Douglas A. Sears, Esq. (SBN 48646)
Matheny Sears Linkert & Jaime, LLP
3638 American River Dr.
Sacramento, CA 95864-5901
Telephone: 916.978.3434
Facsimile: 916.978.3430
dsears@mathenysears.com

Daniel J. Scully, Esq.
Clark Hill, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI  48226-3435
Telephone: 313.965.8300
Facsimile: 313.965.8252
dscully@clarkhill.com

George J. Stephan, Esq. (SBN 67692)
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: 213.891.0700
Facsimile: 213.630.5629
gstephan@buchalter.com

Jeffrey F. Peck, Esq.
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
Telephone:  513.698.5010
Facsimile:  513.698.5011
jpeck@ulmer.com

Attorneys for Defendant Crown Equipment Corporation dba Crown Lift Trucks

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA MAHON and GARY MARKLEY,<br><br>        Plaintiffs,<br><br>v.<br><br>CROWN EQUIPMENT CORPORATION, dba CROWN LIFT TRUCKS, and DOES 1 through 50, inclusive.<br><br>        Defendants. | Case No. CIV 2-03-1763 MCE DAD<br><br>The Hon. Morrison C. England, Jr.<br><br>STIPULATION REGARDING FINAL PRETRIAL CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-143, as follows:

1. The Final Pretrial Conference is currently scheduled for December 3, 2009. Due to a conflict with the schedule of Defendant's counsel, counsel for Plaintiff and counsel for Defendant conferred about a new date for the Final Pretrial Conference that is agreeable to both parties. The parties agreed to December 10, 2009.

2. Counsel for the Defendant consulted with the Court regarding the continuance of the date for the Final Pretrial Conference to December 10, 2009, and the Court requested that the parties submit a Stipulation and Proposed Order.

3. Therefore, the parties stipulate and propose the Final Pretrial Conference be continued to December 10, 2009, at 9:00 a.m.

IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and that a signature by facsimile shall be deemed counsel's original signature.

Respectfully submitted,

DATED: _____   ULMER & BERNE LLP

By: _____
Jeffrey F. Peck
Attorneys for Defendant Crown Equipment Corporation
dba Crown Lift Trucks

DATED: _____   HULBERT & BUNN, LLP

By: _____
Benjamin C. Bunn
Attorneys for Plaintiffs

2

Case No. CIV.S-03-1763 MCE DAD
Stipulation Regarding Final Pretrial
Conference; Order

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**GOOD CAUSE APPEARING THEREFOR,**

**IT IS HEREBY ORDERED** that the above Stipulation between all parties is hereby approved and the Final Pretrial Conference is continued to December 10, 2009.

**IT IS FURTHER ORDERED** that notwithstanding the stipulation between the parties that the Final Pretrial Conference will commence at "9:00 a.m.", the conference will commence at 2:00 p.m.

DATED:  September 8, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE