Douglas A. Sears, Esq. (SBN 48646)
Matheny Sears Linkert & Jaime, LLP
3638 American River Dr.
Sacramento, CA 95864-5901
Telephone: 916.978.3434
Facsimile: 916.978.3430
dsears@mathenysears.com

Daniel J. Scully, Esq.
Clark Hill, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI  48226-3435
Telephone: 313.965.8300
Facsimile: 313.965.8252
dscully@clarkhill.com

George J. Stephan, Esq. (SBN 67692)
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: 213.891.0700
Facsimile: 213.630.5629
gstephan@buchalter.com

Jeffrey F. Peck, Esq.
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
Telephone:  513.698.5010
Facsimile:  513.698.5011
jpeck@ulmer.com

Attorneys for Defendant Crown Equipment Corporation
dba Crown Lift Trucks

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA MAHON and GARY MARKLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>CROWN EQUIPMENT CORPORATION, dba CROWN LIFT TRUCKS, and DOES 1 through 50, inclusive.<br><br>    Defendants. | Case No. 2:03-cv-1763 MCE DAD<br><br>The Hon. Morrison C. England, Jr.<br><br>STIPULATION AND ORDER REGARDING FINAL PRETRIAL CONFERENCE DEADLINES |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-143, as follows:

1. On September 9, 2009, the Court entered an Order upon the Stipulation of the parties continuing the Final Pretrial Conference from December 3, 2009, to December 10, 2009, beginning at 2:00 p.m. On September 15, 2009, the Court entered an Order continuing the trial date from January 19, 2010, to January 25, 2010.

2. When the Final Pretrial Conference was continued to December 10, 2009, the parties inadvertently did not request the Court to move the corresponding deadlines for submission of the Joint Final Pretrial Statement, trial briefs, witness lists, exhibit lists, evidentiary and procedural motions or the deadlines for the oppositions and replies with respect to the evidentiary and procedural motions. Those deadlines were established based on the Final Pretrial Conference date of December 3, 2009.

3. The parties respectfully request that the deadlines for submission of the Joint Final Pretrial Statement, trial briefs, witness lists, exhibit lists, evidentiary and procedural motions be continued from November 5, 2009, to November 13, 2009. The parties respectfully submit that the continuance of the deadlines will better allow them to prepare their submissions for the Court's consideration. The parties also note that the new date requested will essentially conform the timing of the submissions relative to the date of the Final Pretrial Conference to what it was under the original schedule. The parties are requesting Friday November 13, 2009, as the submission date rather than Thursday, November 12, 2009, because the seven day intervals for oppositions and replies based off November 12, 2009, would place the due date for replies on Thanksgiving Day. Using November 13, 2009, as the submission date would place the due date for replies on November 27, 2009.

PDF created with pdfFactory trial version www.pdffactory.com

4.  Counsel for the Defendant consulted with the Court regarding the parties' desire to continue the above-described deadlines and it was suggested that the parties submit a Stipulation and Proposed Order.

5.  Therefore, the parties stipulate and propose the deadlines for submission of the Joint Final Pretrial Statement, trial briefs, witness lists, exhibit lists, evidentiary and procedural motions and that the deadlines for the oppositions and replies with respect to the evidentiary and procedural motions be scheduled as follows:

(a) Joint Final Pretrial Statement Deadline:  November 13, 2009.

(b) Deadline for trial briefs, witness lists, and exhibit lists: November 13, 2009.

(c) Deadline for evidentiary or procedural motions:  November 13, 2009.

(d) Deadline for opposition to evidentiary or procedural motions:  November 20, 2009.

(e) Deadline for replies in support of evidentiary or procedural motions: November 27, 2009.

IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and that a signature by facsimile shall be deemed counsel's original signature.

Respectfully submitted,

DATED: _____   ULMER & BERNE LLP

By: _____
Jeffrey F. Peck
Attorneys for Defendant Crown Equipment Corporation
dba Crown Lift Trucks

PDF created with pdfFactory trial version www.pdffactory.com

DATED: _____     HULBERT & BUNN, LLP

By: _____
Benjamin C. Bunn
Attorneys for Plaintiffs

## **ORDER**

**GOOD CAUSE APPEARING THEREFOR,**

**IT IS HEREBY ORDERED** that the above Stipulation between all parties is hereby approved and the new dates shall be as set forth in accordance with the above stipulation between the parties.

DATED: NOVEMBER 4, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com